RECEIVED

AUG 2 0 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

CAUSE NO. 03-15-00319-CV

TRIAL COURT CAUSE NO. C-1-CV-14-007906

DAVID RAETZSCH,          X     COURT OF APPEALS

    Appellant, prose   X     THIRD DISTRICT OF TEXAS

V.                       X     TRAVIS COUNTY, TEXAS

BARBARA LOVINGS HORTON,  X

    Appellee, prose  X   " STATE   OF   TEXAS "

AFFIDAVIT   RECORD   ON   APPEAL

    I, David Raetzsch, Affiant herein, state under

oath, and the penalties of perjury that the

following is true and correct:

    In the jury trial, Justice of the Peace, Precinct 5,

I did not have the notorized proof Celebration

House, was the Celebration House of Restoration Ministry,

3104 Northest Dr., Austin, Texas 78723, owned by Barbera

Lovings Horton, Loving Care Homes Ministry, Inc., and in

AFFIDAVIT          1 of 5.

that jury trial, under oath Ms. Horton testified in answer to Affiants question Celebration House was not a ministry, In County Court No1, agin Ms. Horton argued with Affiant Celebration House was not a ministry, until I, Affiant presented Ms. Horton with her own notorized statement it was Celebration House of Restoration Ministry, one of her many Ministries, and in County Court No. 1, over objection Ms Barbara Horton presented a alleged contract "Lease" that alleged lease has many untruths, it states Ms Horton will give David Raetzsch thirty (30) days notice to vacate which was not true, Ms. Horton and her bouncers' kicked David Raetzsch out in one night, not allowing

AFFIDAVIT                                    2. of 5.

David Raetzsch to retrieve any of his clothes, hygien supplies, or even his King James, Large Print, Holy Bible, Ms. Horton stole all of Affiants property for rent money Ms. Horton knew Affiant did not have, another act against the law, Judge Herb Evans, gave her ten (10) days to return it, Ms. Horton failed to return all of the property, David Raetzsch filed a seperate civil action to get property, Ms. Horton failed to go to Court, Default Judgement against Ms. Horton, Judgement No. J5-CV-14-235831 not appealed by Affiant, not appealed by Ms Horton, but reversed by Judge Wong County Court No. 1, Affiant did appeal

Judgement No. J5-CV-14-233595, in County Court No. 1 and Judge Wong assisted Ms Barbara Lovings Horton and made sure she presented over objection the alleged "Lease" that alleged Lease Agreement stated rent will be $560.00 montly, $25 late fee, $5.00 per day there after, the date of admission will be used to determine a daily pro rated amount of rent for the resident, David Raetzsch, Admission Date 3-29-13, agin Ms. Barbara Lovings Horton breaks the law of Texcs, and the United States, Ms. Horton, double dips, charges Travis County for rent, then files civil action against David Raetzsch for his SSID, Disability, for the same time, Affiant now

AFFIDAVIT                    4. of 5.

has proof Travis County Commissioner's Court paid Ms. Barbara Lovings Horton for that same time, 4-4-13, and David Raetzsch is about to get more criminal activity Ms. Barbara Horton has committed, everthing stated is true and correct, to the best of the belief of David Raetzsch, Affiant herein, signed, on this 18 the day of August, 2015

_____ 8-18-15 .
David Raetzsch, Affiant

Travis County
State of Texas      Sworn to and subscribed before me,
Notary Public, on this 18th day of
August 2015,
Notary _____
Print Name MICHAEL M. ARMSTRONG
Comm. Exp.



NOTARY PUBLIC
STATE OF TEXAS

MICHAEL MINT ARMSTRONG
My Commission Expires
May 13, 2018

AFFIANT          5, of 5.

" CERTIFICATE OF SERVICE "

I sent one (1) copy to Mrs Barbara Lovings Horton, P.O. Box 143537, Austin, Tx. 78714-3537, 1st class postage, US Mail, on this 19th Day of August, 2015.

AFFADAVIT, RECORD ON Appeal

5 pages

Jeffry D. Kyle, Clerk,                    Aug. 18, 2015
Court of Appeals

Re: Affidavit - Record on Appeal


Dear Jeffry Kyle, Clerk,

        Would you be kind enough to file

this in the Record On Appeal.

                        Thank You

                        David Raetzsch

RECEIVED
AUG 2 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

USA · Freedom FOREVER 2012

David Raetzsch
7101 N. IH 35, Apt. 133
Austin, Tx. 78752

Court of Appeals
Third District of Texas
c/o Jeffry D. Kyle, Clerk
P.O. Box 12547
Austin, Tx. 78711-2547

78711254747